**Opinion issued July 1, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

**NO. 01-25-00032-CV**

————————————————

**JETALL COMPANIES, INC., Appellant**

**V.**

**KHAWAJA PARTNERS, LTD., Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-23733**

---

**MEMORANDUM OPINION**

Appellant Jetall Companies, Inc. has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being

notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We therefore dismiss the appeal for want of prosecution. TEX. R. APP. P. 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.